## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| RTD Construction, Inc. | ) | ASBCA No. 60434 |
| | ) | |
| Under Contract No. NNK12CA59C | ) | |

APPEARANCE FOR THE APPELLANT:      Edward J. Kinberg, Esq.
     Widerman Malek, PL
     Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:      Scott W. Barber, Esq.
     NASA Chief Trial Attorney
     Richard J. McCarthy, Esq.
     Senior Attorney
     NASA Headquarters
     Washington, DC
     Ellen E. Espenschied, Esq.
     Assistant Chief Counsel
     Kennedy Space Center, FL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 January 2016

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60434, Appeal of RTD Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals